**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

UNITED STATES OF AMERICA

CRIMINAL ACTION NO.: 10-213

VERSUS

SECTION: L

Melvin Williams

### APPLICATION FOR CANCELLATION OF BOND

I, Ruby Mae Williams, hereby apply for cancellation of the appearance bond filed on 09/07/2010 on behalf of Melvin Williams, defendant herein, for return of Collateral Mortgage and Note in the amount of $84,900.00 given by me as security for the bond, for the reason that the terms and conditions of the bond have been met and the case is concluded by defendant reporting to F.C.I.

_____
Signature - Ruby Mae Williams

3202 Baronne Street
New Orleans, LA 70115

**No Objection**

_____
**ASSISTANT U.S. ATTORNEY**
**PETER MANSFIELD**

### ORDER

Considering the forgoing,

It is ORDERED that the appearance bond in the amount of $84,900.00 be cancelled and that the Collateral Mortgage and Note be marked cancelled and be returned to Ruby Mae Williams.

New Orleans, Louisiana this 23rce day of February ,2022

_____
**UNITED STATES DISTRICT JUDGE**