



NOTARIAL ARCHIVES OF ORLEANS PARISH
NA # 2010-33305   DT 08/27/10
TYPE: M  FEE: $35.00  PG: 2

**UNITED STATES OF AMERICA**
**STATE OF LOUISIANA**
**PARISH OF ORLEANS**

2010 AUG 27

## MORTGAGE BY RUBY MAE WILLIAMS

## IN FAVOR OF

## UNITED STATES OF AMERICA

On this 26th day of August, 2010, before me, a Notary Public duly commissioned and qualified, in and for the Parish of Orleans, State of Louisiana, and in the presence of the witnesses hereinafter named and undersigned,

PERSONALLY CAME AND APPEARED:

RUBY MAE WILLIAMS, person of legal age and residents of Orleans Parish, State of Louisiana, who declared under oath that her mailing address is:

**3202 Baronne Street**
**New Orleans, Louisiana**

AND WHO FURTHER declared and acknowledged that she is indebted to the United States of America in the sum of Eighty Four Thousand Nine Hundred DOLLARS ($84,900.00) which indebtedness is evidenced by the note dated the 26th day of August, 2010, paraphed "Ne Varietur" by me, notary, for identification with this act, which note is due upon demand.

To secure to the United States payment of the indebtedness evidenced by the note and the performance of the covenants and agreements herein contained, RUBY MAE WILLIAMS, does hereby mortgage and hypothecate to the United States of America the following described property located in the Parish of Orleans, State of Louisiana:

Legal Description for Property Located at 3200-3202 Baronne Street:

A CERTAIN LOT OF GROUND, with all the improvements thereon, situated in the Fourth District of this City, in Square 253, bounded by

Carondelet, Baronne; Harmony and Toledano Streets designated as Lot No. 16 and forms the corner of Baronne and Harmony Streets, and measures twenty-eight feet, three inches (28'3") front on Baronne Street, by a depth, between equal and parallel lines, of one hundred twenty feet (120') on Harmony Street, as per plan of C.A. Hedin, Architect, dated October 24, 1854, deposited in the office of J. Pondexter, N.P., and said lot was originally designated as Lot #24. All as more fully shown on a plat of survey by Gilbert, Kelly & Couturie, Inc., Surveyors, dated July 7, 1983, a certified copy of which is annexed to Act, except that said lot 16 has a depth and front of one hundred twenty feet, five inches four lines (120'5"4") on Harmony Street.

The improvements thereon bear the Municipal Number 3200-3202 Baronne Street and 1726 Harmony Street, New Orleans, Louisiana.

Mortgagor declares that she is lawfully seized of the estate hereby mortgaged and have the right to mortgage and hypothecate the property. Mortgagor declares that they will not in any manner dispose of, further encumber or engage in any activity which will result in the diminution of the value of the property which is the subject of this mortgage.

Mortgagor hereby waives any homestead exemption applicable to the property which is the subject of this mortgage.

Mortgagor hereby confesses judgment in favor of the United States of America in the full amount of the sum secured by this mortgage.

Thus done and passed on the _26_ day of _August_, 2010, before me, a Notary Public, qualified in the State of Louisiana, and in the presence of the undersigned competent witnesses who have signed with Mortgagor and me, a Notary Public, after full reading of the same.

WITNESSES:                                          MORTGAGOR:

_Gregory Mc Rue_                                    _Ruby W. Williams_
                                                    RUBY MAE WILLIAMS

_Frances Suarez_

_____
NOTARY PUBLIC

2

NICOLE McDANIEL BOWEN
NOTARY PUBLIC
STATE OF LOUISIANA
MY COMMISSION IS ISSUED FOR LIFE.
LA BAR NO. 29099

CLERK'S OFFICE
A TRUE COPY

FEB 2 4 2022

_Michele Cranizino_
Deputy Clerk, U.S. District Court
Eastern District of Louisiana
New Orleans, LA

CANCELLED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
PER ORDER OF COURT
DATED _February 24, 2022_
_____
KIMBERLY LANGE, FINANCIAL ADMINISTRATOR

STATE OF LOUISIANA
PARISH OF ORLEANS

NOTE

Upon demand, I, RUBY MAE WILLIAMS, agree to pay to the United States of America the sum of Eighty Four Thousand Nine Hundred DOLLARS ($84,900.00).

I hereby waive presentment for payment, demand, notice of non-payment, protest, and all pleas of division and discussion, and agree that the payment hereof may be extended from time to time, one or more times, without notice, hereby binding myself unconditionally and as original promisor for the payment hereof, in principal interest, costs and attorney's fees.

_9/26/10_
DATE

_Ruby Williams_
RUBY MAE WILLIAMS

Paraphed NE VARIETUR for identification with the mortgage of the 26th day of August, 2010.

_Nicole Bowen_
NOTARY PUBLIC

**NICOLE McDANIEL BOWEN**
**NOTARY PUBLIC**
STATE OF LOUISIANA
**MY COMMISSION IS ISSUED FOR LIFE.**
LA BAR NO. 29099

CANCELLED

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
PER ORDER OF COURT

DATED _February 24 2022_

_Kimberly A. Lange_
KIMBERLY LANGE, FINANCIAL ADMINISTRATOR

CLERK'S OFFICE
A TRUE COPY

FEB 2 4 2022

_Michele Ranzino_
Deputy Clerk, U.S. District Court
Eastern District of Louisiana
New Orleans, LA